

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00343-CV

Rick **REILEY** and Gary K. Weddle,
Appellants

v.

Pleas D. "Beau" **ANDERSON**, II and Margaret Anderson,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0074-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this joint motion to dismiss appeals is GRANTED, and this appeal is DISMISSED. The dismissal of this appeal does not alter or affect the finality of the trial court's judgment. Costs of the appeal are taxed against appellants.

SIGNED August 14, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice